(November 6, 2014)

■ The People of the State of New York, Appellant, v Jose Mercado, Respondent. [994 NYS2d 537]—Order, Supreme Court, Bronx County (Leonard Livote, J.), entered on or about July 21, 2011, which granted defendant's CPL 440.10 motion to vacate a judgment of the same court (Maxwell Wiley, J., at plea; John P. Collins, J., at sentencing), rendered April 1, 2005, convicting defendant of criminal sale of a controlled substance in the fourth degree, and sentencing him to a term of five years' probation, unanimously reversed, on the law, and the judgment reinstated.

The judgment of conviction was vacated pursuant to *Padilla v Kentucky* (559 US 356 [2010]), which was decided after defendant's conviction had become final. In view of the Court of Appeals' determination that the *Padilla* rule will not be applied retroactively in the courts of this state (*People v Baret*, 23 NY3d 777 [2014]), we reverse the order granting defendant's CPL 440.10 motion and reinstate the judgment of conviction. Concur—Gonzalez, P.J., Friedman, Acosta and Clark, JJ. **[Prior Case History: 32 Misc 3d 1220(A), 2011 NY Slip Op 51373(U).]**